IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLEN LANIER,<br><br>   Defendant. | CRIMINAL ACTION<br>NO. 22-469 |

## **OPINION**

**AND NOW**, this 29th day of November 2023, upon consideration of Defendant's Motion to Dismiss the Indictment (Doc. No. 27) and the Government's Response in Opposition (Doc. No. 28), it is **ORDERED** that the Motion (Doc. No. 27) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.